# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 23, 2015

## NO. 03-15-00059-CV

**C. H., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### APPEAL FROM 119TH DISTRICT COURT OF RUNNELS COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
### AFFIRMED -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the order of termination signed by the district court on January 5, 2015. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's order of termination. Therefore, the Court affirms the district court's order of termination. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.